**Entered on Docket
September 30, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

DAVID A. ROSENBERG
U.S. BANKRUPTCY TRUSTEE
5030 Paradise Rd., #B-215
Las Vegas, Nevada  89119
Telephone:  (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

*Filed electronically August 10, 2010*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 10-17327 BAM |
| MERCEDES HERNANDEZ | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ORDER DISMISSING CASE |
| Debtor(s) | Date:  September 22, 2010<br>Time:  11:00am |

  The Trustee's Motion for an Order to Dismiss Case came on regularly for hearing on September 22, 2010, the Honorable BRUCE A. MARKELL, Judge, presiding.  DAVID A. ROSENBERG, Trustee, appeared personally, and other appearances are as noted on the record.  The Court finding that notice was given to the Debtor, Debtor's attorney, creditors, and all interested parties, no response having been filed or heard, and good cause appearing therefor,

  IT IS HEREBY ORDERED as follows:

  1. This Chapter 7 case is dismissed;

  2. The Trustee is discharged from office, the Trustee's bond is exonerated and this case is

1 | ordered closed; and

2 |    3. The Clerk of the Court shall provide notice to all creditors and interested parties of the
3 | dismissal of this case.

5 | Submitted by:

6 | /s/ *David A. Rosenberg*

7 | DAVID A. ROSENBERG
   Trustee

10 |    In accordance with Local Rule 9021, the undersigned certifies that no opposition was filed to the motion and no other party or counsel appeared at the hearing.

12 |                                    /s/ *David A. Rosenberg*
                                   DAVID A. ROSENBERG, Trustee

###

2

## AFFIDAVIT OF TRUSTEE

In accordance with the Judge's ruling, the Trustee's Motion to Dismiss will be granted if the debtor does not appear at the continued hearing scheduled for 9/24/10.

The Trustee reports the conditions for granting the Trustee's Motion to Dismiss have been met. The debtor did not appear at the Meeting of Creditors and this case is dismissed.

## DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is correct, to the best of my knowledge, information and belief.

DATED: 9/27/10

Respectfully Submitted,

DAVID A. ROSENBERG

Bankruptcy Panel Trustee

District of Nevada